**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

SHARON MORROW,                                  )
                                                )
        Plaintiff,                              )
                                                )
        v.                                      )        Case No. 4:20-CV-928 NAB
                                                )
STEVEN OGUNJOBI, et al.,                        )
                                                )
        Defendants.                             )

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Consent Motion for Leave to File First Amended Complaint.  [Doc. 16.]  Defendant Steven Ogunjobi who has been served and answered the original complaint consents to Plaintiff's motion.  Plaintiff's proposed amended complaint removes an incorrectly identified defendant and adds the correctly identified defendant.

The Court should freely give leave to amend a pleading when justice so requires.  Fed. R. Civ. P. 15(a)(2).  Parties do not have an absolute right to amend their pleadings even under this liberal standard.  *Sherman v. Winco Fireworks, Inc.*, 532 F.3d 709, 715 (8th Cir. 2008).  "A district court appropriately denies the movant leave to amend if there are compelling reasons such as undue delay, bad faith, or dilatory motive, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the non-moving party, or futility of the amendment."  *Id.*  Because Plaintiff seeks to dismiss an incorrectly identified party and to add the correct party to this action, justice requires that the Court grant Plaintiff's timely motion.  No case management order has been entered in this case and the defendants will not suffer prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Consent Motion for Leave to File First Amended Complaint is **GRANTED**.  [Doc. 16.]

_____
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 9th day of October, 2020.